## CARTER v. TOWN OF CHAPEL HILL

No. 76 PC.

Case below: 14 N.C. App. 93.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.


## CROUCH v. CROUCH

No. 82 PC.

Case below: 14 N.C. App. 49.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.


## FREEMAN v. HAMILTON

No. 81 PC.

Case below: 14 N.C. App. 142.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.


## HUGGINS v. DeMENT

No. 6.

Case below: 13 N.C. App. 673.

Motion of Betty Lou Britt, Defendant Appellee, to dismiss appeal for lack of substantial constitutional question allowed 24 May 1972.


## KENAN v. BOARD OF ADJUSTMENT

No. 75 PC.

Case below: 13 N.C. App. 688.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 May 1972.